UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAGNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09CV544 CDP |
| | ) |
| AMERICAN AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Plaintiff Robert Wagner had filed a motion to compel defendant American Airlines, Inc. to answer two interrogatories. For the reasons stated by defendant in its opposition papers, I will deny plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#12] is DENIED.

**IT IS FURTHER ORDERED** that defendant's motion for leave to file sur-reply [#17] is GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2009.